DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
ANDREW MATTINGLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY,<br><br>        Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO SHERIFF DEPARTMENT, POLICE OFFICER MILEN S. BANEGAS, POLICE OFFICER TAM, and DOES 1-100, Jointly and Severally,<br><br>        Defendants. | Case No. C-10-0193 JL<br><br>[~~PROPOSED~~] **ORDER RE FILING DATE OF SETTLEMENT CONFERENCE STATEMENT RE APRIL 22, 2011 SETTLEMENT CONFERENCE** |

WHEREAS, a Settlement Conference has been ordered in this matter for April 22, 2011, and Settlement Conference briefs of the parties have been ordered to be submitted to the Settlement Conference Judge by April 12, 2011; and

WHEREAS good cause exists to permit the Settlement Conference briefs to be submitted by April 14, rather than April 12, because Plaintiff's counsel will be out of the country and unavailable from March 29, 2011 through April 12, 2011;

IT IS HEREBY ORDERED that the parties' Settlement Conference briefs 2011 may be submitted by April 14, 2011 rather than by April 12, 2011 as previously ordered.

DATED: March 29, 2011

*/s/ Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
Magistrate Judge