UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Mattingly, | No. C 10-0193 JL |
| Plaintiff, | **NOTICE** |
| v. | |
| City and County of San Francisco, et al., | |
| Defendants. | |

Defendants' motion for summary judgment is currently scheduled for hearing May 18, 2011. The undersigned will be retiring from the bench as of May 31st, less than two weeks after the hearing. The Court reluctantly concedes that it will probably not be able to issue its ruling prior to retirement and consequently, the interests of fairness would be served by taking the matter off calendar. The newly-assigned magistrate judge will then be able to hear the parties' arguments and render a decision based on all the evidence.

Accordingly, the hearing for May 18, 2011 is hereby vacated, to be re-set on the calendar of the magistrate judge to whom this case is reassigned. The case management conference for May 4 is also vacated.

IT IS SO ORDERED.

DATED: May 2, 2011

_____
James Larson
United States Magistrate Judge