1  DAVID M. HELBRAUN (SBN 129840)
   **HELBRAUN LAW FIRM**
2  351 California Street, Suite 900
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 352-0988
4

5  Attorneys for Plaintiff
   ANDREW MATTINGLY
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  ANDREW MATTINGLY,           )   Case No. C-10-0193 JL
10                             )
          Plaintiff,            )   STIPULATION AND [PROPOSED]
11                             )   ORDER EXTENDING TIME TO
                               )   COMPLETE EXPERT DEPOSITIONS TO
12 v.                          )   JUNE 17, 2011
                               )
13                             )
   CITY AND COUNTY OF SAN      )
14 FRANCISCO, a municipal entity, SAN )
   FRANCISCO POLICE            )
15 DEPARTMENT, SAN FRANCISCO   )
   SHERIFF DEPARTMENT, POLICE  )
16 OFFICER MILEN S. BREWSTER,  )
   POLICE OFFICER TAM, and DOES 1 )
17 through 100, Jointly and Severally, )
                               )
18        Defendants.           )
                               )
19

20        THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, hereby

21 stipulate and agree that due to the conflicting calendars of counsel and various designated party

22 experts it has been difficult to schedule all such expert depositions to take place within the

23 previously designated expert discovery cut-off date of May 27, 2011, and therefore the parties

24 stipulate and agree that good cause exists to extend the time to complete expert discovery through

25 and including June 17, 2011, in the interests of the furtherance of justice.

26 ///

27 ///

28 ///

---

STIPULATION AND PROPOSED [ORDER] RE EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY   1

1  IT IS SO AGREED.

2  DATED:  May 16, 2011                    HELBRAUN LAW FIRM

3

4                                                              /s
                                                        DAVID M. HELBRAUN
                                                        Attorneys for Plaintiff
5                                                       ANDREW MATTINGLY

6

7  DATED: May 18, 2011                    DENNIS J. HERRERA
                                                        SAN FRANCISCO CITY ATTORNEY

8

9                                                             /s/
                                                        JOSHUA S. WHITE
                                                        Attorneys for Defendants
10

11  **IT IS SO ORDERED.**

12  DATED:  5-19-11

13                                                       Magistrate Judge James Larson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED [ORDER] RE EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY   2