DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, CA 94104
Telephone: 415.982.4000
Facsimile: 415.352.0988
dmh@helbraunlaw.com

Attorneys for Plaintiff
ANDREW MATTINGLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY,<br><br>        Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO SHERIFF DEPARTMENT, POLICE OFFICER MILEN S. BANEGAS, POLICE OFFICER CONROY TAM, and DOES 1 through 100, Jointly and Severally,<br><br>        Defendants. | Case No. C-10-0193 JL<br><br>**STIPULATION DISMISSING SOME CLAIMS (OTHER CLAIMS REMAIN PENDING)**<br><br>FRCivP 41(a)(1)(A) |

IT IS HEREBY STIPULATED by and between Plaintiff Andrew Mattingly and all Defendants, through their designated counsel of record, as follows:

(1) Defendants withdraw their Motion for Partial Summary Judgment;

(2) Plaintiff dismisses with prejudice all claims against Officer Conroy Tam, with each party to bear their own costs and attorneys' fees;

---

STIPULATION AND PROPOSED [ORDER] RE DISMISSAL OF SOME CLAIMS (OTHER CLAIMS REMAIN PENDING): FRCivP 41(a)(1)(A)                                                                                           Case No. C-10-0193 JL

(3) Plaintiff dismisses with prejudice all claims against the City and County of San Francisco except those for vicarious liability (*respondeat superior*) for any negligence on the part of their employee, Officer Milen S. Banegas, based on her alleged use of force;

(4) Plaintiff dismisses with prejudice all claims against Officer Milen S. Banegas except for excessive force under 42 U.S.C. § 1983, a violation of California Civil Code § 52.1, negligence based on her alleged force, assault, and battery.

Plaintiff's remaining causes of action consist exclusively of the following: (1) a claim against Officer Banegas for excessive force under 42 U.S.C. § 1983; (2) a claim against Officer Banegas for a violation of California Civil Code § 52.1; (3) a claim against Officer Banegas for assault and battery; (4) a claim against Officer Banegas for negligence based on her alleged force; (5) a claim against the City and County of San Francisco for vicarious liability (*respondeat superior*) for any negligence on the part of Officer Banegas based on her alleged use of force.

IT IS SO STIPULATED.

DATED: June 3, 2011  HELBRAUN LAW FIRM

/s/ David M. Helbraun

DAVID M. HELBRAUN
Attorneys for Plaintiff
ANDREW MATTINGLY

DATED: June 3, 2011  DENNIS J. HERRERA
SAN FRANCISCO CITY ATTORNEY

/s/ Joshua S. White

JOSHUA S. WHITE
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6-6-11

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATION AND PROPOSED [ORDER] RE DISMISSAL OF SOME CLAIMS (OTHER CLAIMS REMAIN PENDING): FRCivP 41(a)(1)(A)     Case No. C-10-0193 JL