DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
ANDREW MATTINGLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO SHERIFF DEPARTMENT, POLICE OFFICER MILEN S. BREWSTER, POLICE OFFICER TAM, and DOES 1 through 100, Jointly and Severally,<br><br>    Defendants. | Case No.  C-10-0193 JL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DON CAMERON DEPOSITION TO JUNE 24, 2011 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, hereby stipulate and agree that due to the conflicting calendars of counsel and various designated party experts it has been difficult to schedule all such expert depositions to take place within the previously designated expert discovery cut-off date of June 17, 2011, and therefore the parties stipulate and agree that good cause exists to extend the time to complete the deposition of defense expert Don Cameron through and including June 24, 2011, in the interests of the furtherance of

///

///

///

---

**STIPULATION AND PROPOSED [ORDER] RE EXTENSION OF TIME TO COMPLETE CAMERON DEPOSITION** 1

1 | justice.

2 | IT IS SO AGREED.

3 | DATED: June 7, 2011                HELBRAUN LAW FIRM

5 | ___/s_____
     DAVID M. HELBRAUN
     Attorneys for Plaintiff
6 |  ANDREW MATTINGLY

8 | DATED: June 7, 2011                DENNIS J. HERRERA
                                       SAN FRANCISCO CITY ATTORNEY

10 | ___/s/_____
     JOSHUA S. WHITE
     Attorneys for Defendants

12 | **IT IS SO ORDERED.**

13 | DATED:___06/14/11_____

     Magistrate Judge Jacqueline Scott Corley

     *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
     *[Signature: Jacqueline S. Corley — Judge Jacqueline Scott Corley]*