IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, et al.,<br><br>    Defendants. | No. C 10-0193 JSC<br><br>**ORDER REFERRING FOR SETTLEMENT CONFERENCE** |

    The parties have notified the Court that following the June 23, 2011 Case Management Conference the parties met and conferred and determined that a further settlement conference would be productive. The parties have requested a further settlement conference before Magistrate Judge Nandor J. Vadas.

    This matter is REFERRED to Judge Vadas for a mandatory settlement conference to take place within ninety (90) days from the date this Order is filed. The parties will be notified by Judge Vadas of the date and time of the settlement conference.

    **IT IS SO ORDERED.**

Dated: 7.19.2011

JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE