DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
ANDREW MATTINGLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, a municipal entity, ) <br> SAN FRANCISCO POLICE ) <br> DEPARTMENT, SAN FRANCISCO ) <br> SHERIFF DEPARTMENT, POLICE ) <br> OFFICER MILEN S. BANEGAS, and ) <br> DOES 1-100, Jointly and Severally, ) <br> ) <br> Defendants. ) | Case No. C-10-0193 JSC <br><br> **ORDER RE: ADMINISTRATIVE REQUEST FOR ORDER ALLOWING HANDCUFFS AND EQUIPMENT THROUGH SECURITY** <br><br> Trial Date: February 27, 2012 <br> Pretrial Conference: February 9, 2012 <br> Court: E, 15th Floor <br><br> Honorable Jacqueline Scott Corley |

Pursuant to Rule 7-11 of the Northern District of California Local Rules, Plaintiff Andrew Mattingly hereby request and Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following items for use at trial in this matter.

Plaintiff requests admission into the Federal Courthouse of the following items:

1. Laptop computers;

2. Elmo;

3. Projector;

4. Extension cords;

In addition, because plaintiff's police practices expert, D.P. Van Blaricom, will be flying in to San Francisco from his home State of Washington to testify in this matter, and because he is not permitted to bring handcuffs on the airplane pursuant to aviation security regulations, Plaintiff

requests that counsel, David M. Helbraun, be permitted to bring the following additional item with him into the Federal Courthouse:

    5. Handcuffs.

DATED: February 7, 2012          HELBRAUN LAW FIRM


                                ___/s/_____
                                DAVID M. HELBRAUN
                                Attorneys for Plaintiff
                                ANDREW MATTINGLY

**ORDER**

     GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security on behalf of Plaintiff:

    1. Laptop computers;

    2. Elmo;

    3. Projector;

    4. Extension cords;

    5. Handcuffs.

IT IS SO ORDERED.


DATED: February 8, 2012         _____
                                HONORABLE JACQUELINE S. CORLEY
                                United States Magistrate Judge