1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER State Bar #151762
   JOSHUA S. WHITE, State Bar #227223
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4259 (White)
   Telephone:    (415) 554-3859 (Baumgartner)
7  Facsimile:    (415) 554-3837
   E-Mail:       joshua.white@sfgov.org
8  E-Mail:       margaret.baumgartner@sfgov.org

9  Attorneys for Defendants CITY AND COUNTY
   OF SAN FRANCISCO and OFFICER MILEN BANEGAS
10

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  ANDREW MATTINGLY, | Case No. C 10 0193 JSC |
| 15       Plaintiff, | **STIPULATION AND ORDER RE EVIDENCE AT TRIAL** |
| 16       vs. | |
| 17  CITY AND COUNTY OF SAN FRANCISCO, SFPD, SF SHERIFF DEPT., OFCR MILEN S. BANEGAS, OFCR TAM, DOES 1-100, | Trial Date: Feb. 27, 2012 |
| 19       Defendants. | |

Plaintiff Andrew Mattingly, and Defendants City and County of San Francisco and Milen Banegas hereby stipulate to the following:

1. Witness shall be excluded from the court room.
2. The parties shall not offer evidence of settlement demands or offers, or that any settlement discussions have occurred.
3. The parties shall not offer any evidence of commendations, performance evalutions, training records, results of tests or examinations, or disciplinary history of any officer.
4. The parties shall not offer any evidence of plaintiff's driving while intoxicated conviction in Virginia from approximately 18 years ago, unless plaintiff testifies or implies that he never had such a conviction.
5. The parties shall not offer any evidence as to the results of the citation issued to plaintiff on December 26, 2008.
6. The parties shall not offer any evidence that after he was released from jail plaintiff told people, including but not limited to Ariel Molina, Paige Cole, Dennis Smith, John Reardon, and Leroy Morvant, that police officers broke his arm.  This agreement does not extend to testimony from Sarah Wheeler, as the parties are in disagreement about the potential admissibility of her testimony.
7. No party shall submit evidence, comment or argument that plaintiff has dismissed some claims, or that any officer violated the law, procedure, rule or regulation as they relate to those dismissed claims.

1  The parties further agree to instruct all witnesses that they call to not mention or refer to these
2  matters.

3  Dated: February 9, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARGARET W. BAUMGARTNER
JOSHUA S. WHITE
VINCE CHHABRIA
Deputy City Attorney

By: _____
MARGARET W. BAUMGARTNER

Attorneys for Defendants CITY AND COUNTY
OF SAN FRANCISCO and OFFICER MILEN
BENEGAS

Dated: February 2, 2012        HELBRAUN LAW FIRM

By: _s/David M. Helbraun*_
DAVID M. HELBRAUN

Attorneys for Plaintiff ANDREW MATTINGLY

*Pursuant to General Order 45, §X., the filer of this document attests that she has received the concurrence of this signatory to file this document.

IT IS SO ORDERED.

Dated:_____

_____
HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge