**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6
7   Andrew Mattingly,                           Case No. C10- 0193 JSC
8              Plaintiff(s),
9      v.                                       **REFRESHMENT ORDER**
10   City and County of San Francisco, et al.,
11              Defendant(s).
12   _____/
13       IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall
14   furnish daily morning refreshments and pastries to be delivered **no later than 8:00 a.m.** for the eight
15   (8) members of the jury in the above-entitled matter beginning **Tuesday, February 28, 2012**, for the
16   duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The
17   trial will be held in Courtroom D , 15th Floor, 450 Golden Gate Avenue, San Francisco, California
18   94102.
19       IT IS SO ORDERED.
20
21   Dated: February 24, 2012
22
23                                            _____
                                              JACQUELINE SCOTT CORLEY
24                                            U.S. MAGISTRATE JUDGE
25
26
27
28