UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Andrew Mattingly,                                 Case No. C10- 0193 JSC

        Plaintiff(s),

  v.                                        **REFRESHMENT ORDER**

City and County of San Francisco, et al.,

        Defendant(s).

_____/

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered **no later than 8:00 a.m.** for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, February 28, 2012**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    IT IS SO ORDERED.

Dated: February 24, 2012

_____
JACQUELINE SCOTT CORLEY
U.S. MAGISTRATE JUDGE