DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
ANDREW MATTINGLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTINGLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO SHERIFF DEPARTMENT, POLICE OFFICER MILEN S. BANEGAS, and DOES 1-100, Jointly and Severally,<br><br>　　　　Defendants. | Case No. C-10-0193 JSC<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING SURGICAL METAL PLATE THROUGH SECURITY; [~~PROPOSED~~] ORDER RE SAME**<br><br>Trial Date: February 27, 2012<br>Pretrial Conference: February 9, 2012<br>Court: D, 15th Floor<br><br>Honorable Jacqueline Scott Corley |

　　　　Pursuant to Rule 7-11 of the Northern District of California Local Rules, Plaintiff Andrew Mattingly hereby requests an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following item for use at trial by Plaintiff's orthopedic expert Surgeon, Dr. Thomas Sampson, M.D., on Thursday, March 1, 2012.

　　　　Plaintiff requests admission into the Federal Courthouse of the following item:

　　　　1. Surgical Metal Plate, approximately 4" x 1/4".

DATED: February 25, 2012　　　　　　　　HELBRAUN LAW FIRM


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　DAVID M. HELBRAUN
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　ANDREW MATTINGLY

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow Dr. Thomas Sampson, M.D. to bring the following equipment through security on behalf of Plaintiff:

1. Surgical Metal Plate, approximately 4" x 1/4".

IT IS SO ORDERED.

DATED: February 27, 2012

HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge