United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW MATTINGLY,

              Plaintiff,

      v.

CITY AND COUNTY OF SAN
FRANCISCO, a municipal entity, SAN
FRANCISCO POLICE DEPARTMENT,
SAN FRANCISCO SHERIFF
DEPARTMENT, POLICE OFFICER
MILEN S. BANEGAS, and DOES 1-100,

              Defendants.

Case No.: CV 10-0193 JSC

**ORDER REGARDING PLAINTIFF'S
MEDICAL EXPENSES**

     Upon review of the cases cited by Defendant Banegas, the Court concludes that the evidence in the record is sufficient to support a verdict in favor of Plaintiff awarding damages for past medical expenses.

     **IT IS SO ORDERED.**

Dated:  March 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE