United States District Court
Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANDREW MATTINGLY, | Case No.: CV 10-0193 JSC |
| --- | --- |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S MEDICAL EXPENSES** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO SHERIFF DEPARTMENT, POLICE OFFICER MILEN S. BANEGAS, and DOES 1-100, | |
| Defendants. | |

Upon review of the cases cited by Defendant Banegas, the Court concludes that the evidence in the record is sufficient to support a verdict in favor of Plaintiff awarding damages for past medical expenses.

**IT IS SO ORDERED.**

Dated: March 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE